IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRYAN RICE                                                                                                PLAINTIFF

v.                                              Case No. 6:19-cv-6132

CONVERGENT OUTSOURCING and
TRANSWORLD SYSTEMS, INC.                                                              DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss with Prejudice. ECF No. 22. Plaintiff moves the Court to dismiss his claims against Defendants. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of June, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge